UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LETICIA RODRIGUEZ AYALA, FORTINO ROQUE MACEDO,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRACY RENAUD, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:22-cv-01803-JHC<br><br>**ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS** |

　　Plaintiffs' applications to proceed *in forma pauperis* (Dkt. 4 and 5) are **GRANTED**. Plaintiffs may proceed without prepayment of costs or fees or the necessity of giving security therefore.

　　The Clerk is directed to send a copy of this Order to Plaintiffs and to District Judge John H. Chun.

　　DATED this 29th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATIONS TO
PROCEED IN FORMA PAUPERIS - 1